```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

MICHAEL BANKHEAD,              }
                               }
    Plaintiff,                 }
                               }     CIVIL ACTION NO.
v.                             }     10-AR-3525-S
                               }
THE CITY OF SULLIGENT, AL, et  }
al.,                           }
                               }
    Defendants.                }

## **MEMORANDUM OPINION**

The separate motions for summary judgment filed by defendant, The City of Sulligent, Alabama, and by defendant, Willis Stanford, are under submission, plaintiff, Michael Bankhead, not having filed a timely response. Under the circumstances, the evidentiary materials submitted by defendants, having gone unchallenged, are DEEMED true. This is the reverse side of the Rule 56 coin.

The court sees no profit or reason to write an opinion that agrees with all of the defendants' assertions, factual and legal, which prove not only that plaintiff's pleadings are deficient, but that there are no disputes of material fact. Accordingly, the court hereby ADOPTS and INCORPORATES by reference the statement of the case and factual allegations contained in both of defendants' motions, and the conclusions of law that they reach.

DONE this 16th day of March, 2011.

                                                _____
                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE